# Invoice

Edgemark Solutions
13951 N Scottsdale Rd
Scottsdale, AZ 85254

**Bill To**
MidFirst Bank
999 NW Grand Blvd
Oklahoma City, OK 73118

| Invoice Date | Invoice # |
|---|---|
| **01/07/2021** | |

| Work Order Info |
|---|
| WO #: |
| 2826 CRANSTON CIR |
| YORKVILLE, IL 60560 |
| Ready Date: 01/07/2021 |

| Billing Code | Description | Qty | UOM | Price | Total |
|---|---|---|---|---|---|
| | Standard Property Inspection | 1 | | 20.00 | 20.00 |

| | Total | $20.00 |
|---|---|---|

**Comments**

# Invoice

Edgemark Solutions
13951 N Scottsdale Rd
Scottsdale, AZ 85254

**Bill To**
MidFirst Bank
999 NW Grand Blvd
Oklahoma City, OK 73118

| Invoice Date | Invoice # |
|---|---|
| **01/28/2021** | |

**Work Order Info**

WO #:
2826 CRANSTON CIR
YORKVILLE, IL 60560
Ready Date: 01/28/2021

| Billing Code | Description | Qty | UOM | Price | Total |
|---|---|---|---|---|---|
| | Standard Property Inspection | 1 | | 20.00 | 20.00 |
| | | | | **Total** | **$20.00** |

**Comments**

# Invoice

Edgemark Solutions
13951 N Scottsdale Rd
Scottsdale, AZ 85254

| Invoice Date | Invoice # |
|---|---|
| **03/08/2021** | |

**Bill To**
MidFirst Bank
999 NW Grand Blvd
Oklahoma City, OK 73118

**Work Order Info**
WO #:
2826 CRANSTON CIR
YORKVILLE, IL 60560
Ready Date: 03/08/2021

| Billing Code | Description | Qty | UOM | Price | Total |
|---|---|---|---|---|---|
| | Standard Property Inspection | 1 | | 20.00 | 20.00 |
| | | | | **Total** | **$20.00** |

**Comments**

# Invoice

Edgemark Solutions
13951 N Scottsdale Rd
Scottsdale, AZ 85254

**Bill To**
MidFirst Bank
999 NW Grand Blvd
Oklahoma City, OK 73118

| Invoice Date | Invoice # |
|---|---|
| **05/26/2021** | |

| Work Order Info |
|---|
| WO #: |
| 2826 CRANSTON CIR |
| YORKVILLE, IL 60560 |
| Ready Date: 05/26/2021 |

| Billing Code | Description | Qty | UOM | Price | Total |
|---|---|---|---|---|---|
| | Standard Property Inspection | 1 | | 20.00 | 20.00 |
| | | | | Total | $20.00 |

**Comments**